UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KATHLEEN PERSHA                                Chapter 13
                                               Case No. 18-46713-MLO
            Debtor.                            Hon. Maria L. Oxholm
_____/

# WITHDRAWAL OF
# DEBTOR'S OBJECTION TO PROOF OF CLAIM
# FILED BY MICHIGAN DEPARTMENT OF TREASURY [CLAIM NO. 13]
# (Document No. 104)

OSIPOV BIGELMAN, P.C., hereby withdraws the Debtor's Objection to Proof of Claim

Filed by Michigan Department of Treasury (Claim No. 13) (Docket No. 104) filed on June 6,

2019.

                                    Respectfully Submitted,

                                    **OSIPOV BIGELMAN P.C.**

Dated: June 12, 2019                /s/ Yuliy Osipov
                                    Yuliy Osipov (P59486)
                                    20700 Civic Center Drive, Suite 420
                                    Southfield, MI  48076
                                    Tel: (248) 663-1800/Fax: (248) 663-1801
                                    yo@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KATHLEEN PERSHA            Chapter 13
                                      Case No. 18-46713-MLO
           Debtor.            Hon. Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, she electronically filed:

- Withdrawal of Debtor's Objection to Proof of Claim Filed by Michigan Department of Treasury (Claim No. 13) (Docket No. 104)
- Certificate of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee           Tammy L. Terry, Trustee
211 W. Fort Street, Suite 700        535 Griswold, Ste. 2100
Detroit, MI 48226                  Detroit, MI 48226

and I also hereby certify that on June 12, 2019, I mailed by First Class Mail with the United States Postal Service copies of the above noted documents to the following non-ECF participants

Michigan Department of Treasury      Michigan Department of Treasury
P.O. Box 30168                     Cadillac Place, Ste. 10-200
Lansing, MI 48909                 3030 W. Grand Blvd.
                                      Detroit, MI 48202

Dated: June 12, 2019              /s/ Tijuana A. Crawford
                                        TIJUANA A. CRAWFORD for
                                        OSIPOV BIGELMAN, P.C.
                                        20700 Civic Center Drive, Suite 420
                                        Southfield, MI 48076
                                        Tel: 248.663.1800/Fax: 248.663.1801
                                        tc@osbig.com